| | |
|---|---|
| CURTIS G. OLER, State Bar #63689<br>LAW OFFICES OF CURTIS G. OLER<br>Post Office Box 15083<br>San Francisco, California 94115<br>Telephone: (415) 346-8015<br>Facsimile: (415) 346-8238<br><br>Attorney for Plaintiff<br>SHAWN L. WILLIAMS | VINCENT A. HARRINGTON, State Bar #07119<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091<br>Telephone: (510) 337-1001<br>Facsimile: (510) 337-1023<br><br>Attorneys for Defendants<br>SEIU LOCAL 1021, GEORGE DIAZ &<br>JONATHAN WRIGHT |

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3976
Facsimile:    (415) 554-4248
E-Mail:    ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICES AGENCY, DEPARTMENT OF HUMAN RESOURCES, DEPARTMENT OF AGING AND ADULT SERVICES; SERVICE EMPLOYEES INTERNATIONAL UNION; GEORGE DIAS, Chief Shop Steward, SERVICE EMPLOYEES INTERNATIONAL UNION; JONATHAN WRIGHT, an Agent and Official, SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 THROUGH 25,<br><br>    Defendants. | Case No. CV 09-5063 JSW<br><br>**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO CONTINUE MEDIATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE   AND ORDER THEREON** |

Plaintiff Shawn L. Williams ("Plaintiff"), Defendants City and County of San Francisco ("City"), Service Employees International Union Local 1021, George Diaz and Jonathan Wright (collectively "Defendants") jointly submit this Further Case Management Conference Statement and Proposed Order and request that the Court adopt it as its Case Management Order in this case.

## I. STATUS OF MEDIATION

The parties currently are scheduled for mediation on July 13, 2010 at 9:30 a.m. with court appointed mediator Alan R. Berkowitz. The mediation was originally scheduled for April 30, 2010, but the parties agreed to a continuance because Ruth M. Bond, counsel for Defendant City was unavailable because she was in trial in the case *Lori Dutra v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-09-484160. That trial lasted from April 14 to May 26, 2010.

## II. REQUEST TO CONTINUE MEDIATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE

On May 6, 2010, the City and Plaintiff filed a stipulation and request that the Mediation deadline of May 20, 2010, be extended by approximately 60 days to July 20, 2010, and that the further Case Management Conference set for June 25, 2010 be continued to a date in August. The parties hereby renew that request.

Following the first Case Management Conference on February 19, 2010, the Court ordered the parties to participate in mediation and to stay discovery except for the Plaintiff's deposition. On March 23 and April 1, the City took part of plaintiff's deposition. On April 5, 2010, the Union deposed plaintiff. The parties agreed to continue plaintiff's deposition after the mediation, in the event that the case did not settle. Extending the mediation deadline by 60 days and continuing the Further Case Management Conference to a date in August would allow the parties sufficient time to prepare for and complete the mediation with Mediator Berkowitz.

Dated:  June 16, 2010                Respectfully submitted,

By:/s/ Curtis G. Oler
CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER
Attorneys for Plaintiff
SHAWN L. WILLIAMS

Dated:  June 16, 2010

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By:/s/Ruth M. Bond_____
RUTH M. BOND
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  June 16, 2010

By:/s/ Vincent A. Harrington_____
VINCENT A. HARRINGTON
Weinberg, Roger & Rosenfeld
Attorneys for defendants
SEIU LOCAL 1021, GEORGE DIAZ & JONATHAN WRIGHT

1  Having considered the stipulation submitted by Plaintiff and Defendant City and County of San
2  Francisco, the Court rules as follows:
3  The May 20, 2010 mediation deadline is extended to July 20, 2010;
4  The Further Case Management Conference set for June 25, 2010 is continued to August 13 ,
5  2010.
6  **IT IS SO ORDERED.**
7  Dated:  June 16, 2010
   _____
8  HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JT. CMC STATEMENT – USDC No.CV 09-5063 JSW        3                    n:\labor\li2010\100629\00635172.doc