CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone: (415) 346-8015
Facsimile:  (415) 346-8238

Attorney for Plaintiff
SHAWN L. WILLIAMS

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3976
Facsimile:     (415) 554-4248
E-Mail:        ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

VINCENT A. HARRINGTON, State Bar #07119
KERIANNE R. STEELE, State Bar #250897
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Defendants
SEIU LOCAL 1021, GEORGE DIAZ &
JONATHAN WRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICES AGENCY, DEPARTMENT OF HUMAN RESOURCES, DEPARTMENT OF AGING AND ADULT SERVICES; SERVICE EMPLOYEES INTERNATIONAL UNION; GEORGE DIAS, Chief Shop Steward, SERVICE EMPLOYEES INTERNATIONAL UNION; JONATHAN WRIGHT, an Agent and Official, SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 THROUGH 25,<br><br>    Defendants. | Case No. CV 09-5063 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO LIFT LIMITATIONS ON DISCOVERY AND CONTINUE PRE-TRIAL AND TRIAL DATES** |

1  Plaintiff Shawn L. Williams ("Plaintiff"), Defendant City and County of San Francisco ("City" or "Defendant") and Defendants Service Employees International Union, Local 1021 ("SEIU"), Jonathan Wright ("Wright") and George Diaz ("Wright") hereby submit a stipulation and proposed order.  The parties stipulate to the following:

    1.  The parties jointly request that the Court lift any existing limitations on discovery;

    2.  All parties jointly request that the pre-trial and trial dates be extended by approximately three (3) months, as set forth in the proposed order.

The parties respectfully submit that there is good cause to make these two requests.  With regard to the first request, this Court limited the amount of discovery the parties could conduct prior to the mediation.  The parties engaged in mediation on or about July 13, 2010, before the court-appointed mediator Alan R. Berkowitz.  The mediation did not result in a settlement agreement.  The parties now wish to proceed with discovery.

With regard to the second request, the parties are cognizant that the close of non-expert discovery is this Friday, August 13, 2010.  Prior to the mediation, Defendants took only the partial deposition of Plaintiff.  Defendant City took a partial deposition of Plaintiff on March 23, and April 1, 2010.  On April 5, 2010, Defendants SEIU, Wright and Diaz took a partial deposition of Plaintiff.  The parties agreed to continue Plaintiff's deposition after the mediation, in the event that the case did not settle.  The Defendants now require additional time to complete Plaintiff's deposition.  Additionally, all parties require additional time to complete discovery.

Defendants anticipate taking the depositions of any relevant experts disclosed by Plaintiff. Defendants also plan to subpoena records from third parties, including the EEOC and DFEH. Defendants may subpoena documents from additional third parties, if necessary, as discovery proceeds in this case. Defendants anticipate depositions of possible third party witnesses identified in Plaintiff's deposition.

Plaintiff anticipates taking the depositions of some of Defendants' witnesses identified in initial disclosures.

///

///

STIPULATION AND [PROPOSED] ORDER     - 1 -     USDC No.CV 09-5063 JSW

1     The parties anticipate serving additional written discovery in the form of interrogatories,
2 document requests and requests for admission.
3 IT IS SO STIPULATED:
4 Dated: August 11, 2010

5                                  By:      /s/ Curtis Oler
6                                    CURTIS G. OLER
                                   LAW OFFICES OF CURTIS G. OLER
7                                    Attorneys for Plaintiff
                                   SHAWN L. WILLIAMS
8
Dated: August 11, 2010
9                                    DENNIS J. HERRERA
                                   City Attorney
10                                    ELIZABETH SALVESON
                                   Chief Labor Attorney
11                                    RUTH M. BOND
                                   Deputy City Attorney
12
                                   By:      /s/ Ruth Bond
13                                    RUTH M. BOND
                                   Attorneys for Defendant
14                                    CITY AND COUNTY OF SAN FRANCISCO

15 Dated: August 11, 2010

16                                    By:      /s/ Kerianne R. Steele
                                   KERIANNE R. STEELE
17                                    Weinberg, Roger & Rosenfeld
                                   Attorneys for defendants
18                                    SEIU LOCAL 1021, GEORGE DIAZ & JONATHAN
                                   WRIGHT
19
20
21     Having reviewed the stipulations of the parties, and good cause appearing therefore, the Court
22 hereby lifts the existing limitations on discovery and modifies the existing schedules as follows:
23     Jury Trial Date: June 13, 2011, at 8:30 a.m., 10 days
24     Pretrial Conference: ~~May 17~~ May 16, 2011 at 2:00 p.m.
25     Last Day to Hear Dispositive Motions: March 11, 2011, at 9:00 a.m.
26     Last Day for Expert Discovery: April 11, 2011
27     Close of Non-Expert Discovery: November 12, 2010
28 ///

STIPULATION AND ~~[PROPOSED]~~ ORDER       - 2 -       USDC No.CV 09-5063 JSW

1 ~~Further Case Management Conference~~: _____.

2 **IT IS SO ORDERED.**

3 Dated: August 12, 2010   _____

4 HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

6 123399/583549