1 | CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone: (415) 346-8015
Facsimile: (415) 346-8238

Attorney for Plaintiff
SHAWN L. WILLIAMS

VINCENT A. HARRINGTON, State Bar #07119
KERIANNE R. STEELE, State Bar #250897
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Defendants
SEIU LOCAL 1021, GEORGE DIAZ &
JONATHAN WRIGHT

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3976
Facsimile:   (415) 554-4248
E-Mail:      ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. WILLIAMS,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICES AGENCY, DEPARTMENT OF HUMAN RESOURCES, DEPARTMENT OF AGING AND ADULT SERVICES; SERVICE EMPLOYEES INTERNATIONAL UNION; GEORGE DIAS, Chief Shop Steward, SERVICE EMPLOYEES INTERNATIONAL UNION; JONATHAN WRIGHT, an Agent and Official, SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 THROUGH 25,<br><br>     Defendants. | Case No. CV 09-5063 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF** |

1  Plaintiff Shawn L. Williams ("Plaintiff"), Defendant City and County of San Francisco ("City"
2  or "Defendant") and Defendants Service Employees International Union, Local 1021 ("SEIU"),
3  Jonathan Wright ("Wright") and George Diaz ("Wright") hereby submit a stipulation and proposed
4  order.  The parties stipulate to the following:

5  **The parties jointly request that the Court extend the non-expert discovery cut-off by**
6  **three (3) weeks, to December 3, 2010.**

7  The parties respectfully submit that there is good cause to make this request.  The parties are
8  cognizant that the close of non-expert discovery is this Friday, November 12, 2010.  Plaintiff has not
9  conducted depositions as of the date of the filing of this stipulation and proposed order.  Plaintiff
10 anticipates taking the depositions of some of Defendants' witnesses identified in initial disclosures.
11 Defendants SEIU, Diaz and Wright require additional time to serve a deposition subpoena on a third-
12 party witness, Lashenna Sirles, and thereafter take her deposition.  Her deposition was originally
13 scheduled for November 10, 2010, but her home address of record is no longer current and the process
14 server has been unable to effectuate service at her work address.  Defendant City may wish to continue
15 the deposition of Plaintiff in light of the fact that Plaintiff produced to Defendant City hundreds of
16 pages of documents at a deposition on November 8, 2010.  Defendant City requires time to review the
17 newly produced documents and determine whether a further deposition of Plaintiff is necessary.  In
18 summary, all parties require additional time to complete non-expert discovery.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER          - 1 -                    USDC No.CV 09-5063 JSW

IT IS SO STIPULATED:

Dated: November 9, 2010

By:    /s/ Curtis Oler
CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER
Attorneys for Plaintiff
SHAWN L. WILLIAMS

Dated: November 9, 2010

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By:    /s/ Ruth Bond
RUTH M. BOND
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 9, 2010

By:    /s/ Kerianne R. Steele
KERIANNE R. STEELE
Weinberg, Roger & Rosenfeld
Attorneys for defendants
SEIU LOCAL 1021, GEORGE DIAZ & JONATHAN WRIGHT

Having reviewed the stipulations of the parties, and good cause appearing therefore, the Court hereby modifies the existing schedule as follows:

Close of Non-Expert Discovery: December 3, 2010

**IT IS SO ORDERED.**

Dated: November 10, 2010

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

123399/596442

STIPULATION AND [P~~ROPOSED~~] ORDER     - 2 -     USDC No.CV 09-5063 JSW