| | |
|---|---|
| CURTIS G. OLER, State Bar #63689<br>LAW OFFICES OF CURTIS G. OLER<br>Post Office Box 15083<br>San Francisco, California 94115<br>Telephone: (415) 346-8015<br>Facsimile: (415) 346-8238<br><br>Attorney for Plaintiff<br>SHAWN L. WILLIAMS | VINCENT A. HARRINGTON, State Bar #07119<br>KERIANNE R. STEELE, State Bar #250897<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091<br>Telephone: (510) 337-1001<br>Facsimile: (510) 337-1023<br><br>Attorneys for Defendants<br>SEIU LOCAL 1021, GEORGE DIAZ &<br>JONATHAN WRIGHT |

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3976
Facsimile:   (415) 554-4248
E-Mail:      ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICES AGENCY, DEPARTMENT OF HUMAN RESOURCES, DEPARTMENT OF AGING AND ADULT SERVICES; SERVICE EMPLOYEES INTERNATIONAL UNION; GEORGE DIAS, Chief Shop Steward, SERVICE EMPLOYEES INTERNATIONAL UNION; JONATHAN WRIGHT, an Agent and Official, SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 THROUGH 25,<br><br>  Defendants. | Case No. CV 09-5063 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING RE DISPOSITIVE MOTIONS** |

STIPULATION AND [PROPOSED] ORDER                              USDC No.CV 09-5063 JSW

Plaintiff Shawn L. Williams ("Plaintiff"), Defendant City and County of San Francisco ("City" or "Defendant") and Defendants Service Employees International Union, Local 1021 ("SEIU"), Jonathan Wright ("Wright") and George Diaz ("Wright") hereby submit a stipulation and proposed order.  The parties stipulate to the following:

**The parties jointly request that the Court continue the briefing schedule and hearing regarding dispositive motions by two (2) weeks.**

**The parties request that the last day for Defendants to file dispositive motions be moved to February 18, 2011, and that the hearing on dispositive motions be rescheduled to March 25, 2011.**

Defendant SEIU Local 1021, Wright and Diaz respectfully submit that there is good cause to make this request.  The attorneys for SEIU Local 1021, referenced by name in the caption of this document, have been scheduled to appear at a number of hearings for the remainder of January 2011, and during the first week of February 2011.

Specifically, attorney Vincent Harrington must appear at the following hearings during that time period:

January 19, 2011: Workers' Compensation Appeals Board Hearing

January 20-21 and 24, 2011: Arbitration before Arbitrator Torosian

January 27, 2011: Mediation with Mediator Klerman

February 2, 2011: Hearing on dispositive motions, U.S. District Court, before Honorable Judge Phyllis J. Hamilton

February 2, 2011: National Labor Relations Board, Region 20, representation hearing

February 4, 2011: Arbitration before Arbitrator Kagel

Further, Kerianne Steele must appear at the following hearings during that time period:

January 18, 2011: National Labor Relations Board, Region 32, representation hearing

January 19, 2011: Arbitration before Arbitrator McKay

January 20, 2011: National Labor Relations Board, Region 20, representation hearing

January 21, 2011: Santa Clara County Personnel Board, disciplinary appeal

January 25-26, 2011: Public Employment Relations Board, unfair practice hearing before ALJ Cloughesy

February 3, 2011: Arbitration before Arbitrator Vendrillo

These hearings were for the most part unanticipated and no other attorneys in the office can appear at them in their stead, as only the aforementioned attorneys are familiar with such matters.

In addition to the above-sited matters, the aforementioned attorneys must complete a number of written projects during late January and early February 2011.

IT IS SO STIPULATED:

Dated: January 20, 2011

By: /s/ Curtis Oler
CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER
Attorneys for Plaintiff
SHAWN L. WILLIAMS

Dated: January 20, 2011

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By: /s/ Ruth Bond
RUTH M. BOND
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 20, 2011

By: /s/ Kerianne R. Steele
KERIANNE R. STEELE
Weinberg, Roger & Rosenfeld
Attorneys for defendants
SEIU LOCAL 1021, GEORGE DIAZ & JONATHAN WRIGHT

Having reviewed the stipulations of the parties, and good cause appearing therefore, the Court hereby modifies the existing schedule as follows:

///

///

STIPULATION AND [PROPOSED] ORDER  - 2 -  USDC No.CV 09-5063 JSW

1    Last day for Defendants to file dispositive motions: **February 18, 2011**

2    Hearing on dispositive motion rescheduled to: **March 25, 2011**

3   **IT IS SO ORDERED.**

4   Dated: January 20, 2011

5

6                         HONORABLE JEFFREY S. WHITE
                           UNITED STATES DISTRICT JUDGE

7   123399/604489