DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248
E-Mail: ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415-346-8015
Facsimile: 415-346-8238
Attorney for Plaintiff,

VINCENT A. HARRINGTON, State Bar #07119
KERIANNE R. STEELE, State Bar #250897
WEINBERG ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510 337-1001
Facsimile: (510) 337-1023

Attorneys for Defendants
SEIU LOCAL 1021, GEORGE DIAZ
and JONATHAN WRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICES AGENCY, DEPARTMENT OF HUMAN RESOURCES, DEPARTMENT OF AGING AND ADULT SERVICES; SERVICE EMPLOYEES INTERNATIONAL UNION; GEORGE DIAS, Chief Shop Steward, SERVICE EMPLOYEES INTERNATIONAL UNION; JONATHAN WRIGHT, an Agent and Official, SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 THROUGH 25,<br><br>    Defendants. | Case No. CV 09 5063 JSW<br><br>**CORRECTED STIPULATION AND REQUEST TO RE-SCHEDULE PRETRIAL CONFERENCE**<br>**[PROPOSED]** ~~[PROPOSED]~~ **ORDER**<br><br>Trial Date:    August 22, 2011 |

Plaintiff Shawn L. Williams and Defendants City and County of San Francisco ("City"), Service Employees International Union Local 1021, George Diaz and Jonathan Wright (collectively the "parties") hereby stipulate and jointly request that the Court re-schedule the date of the Pretrial conference in this matter from July 25, 2011 to July 18, 2011. The parties make this joint request because counsel for the City, Deputy City Attorney Ruth M. Bond, will be out of town from July 25 through August 5, 2011. Ms. Bond will be unavailable for any purpose, including but not limited to receiving notices of any kind and appearing in Court.

Respectfully submitted,

Dated March 18, 2011

By:/s/ Curtis G. Oler
CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER
Attorneys for Plaintiff
SHAWN L. WILLIAMS

Dated: March 18, 2011

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By:/s/Ruth M. Bond
RUTH M. BOND
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 18, 2011

By:/s/ Vincent A. Harrington
VINCENT A. HARRINGTON
Weinberg, Roger & Rosenfeld
Attorneys for defendants
SEIU LOCAL 1021, GEORGE DIAZ & JONATHAN WRIGHT

1  Having considered the stipulation submitted by the parties, the Court rules as follows:

2  The July 25, 2011 Pretrial conference is changed to July 18, 2011;

3  **IT IS SO ORDERED.**

4  Dated: March 21, 2011

   _____
   HONORABLE JEFFREY S. WHITE
5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28